L. JULIUS M. TURMAN (Bar No. 226126)
THERESA MAK (Bar No. 211435)
MORGAN, LEWIS & BOCKIUS LLP
One Market Street
San Francisco, CA  94105
Tel:  415.442.1000
Fax:  415.442.1001
*jturman@morganlewis.com*
*tmak@morganlewis.com*

*Attorneys for Plaintiff*
PACIFIC MARITIME ASSOCIATION

Robert S. Remar (Bar No. 100124)
Eleanor Morton (Bar No. 220407)
Jacob F. Rukeyser (Bar No. 233781)
LEONARD CARDER, LLP
1188 Franklin Street, Suite 201
San Francisco, CA 94109
Tel.:    415-771-6400
Fax:    415-771-7010
*rremar@leonardcarder.com*
*emorton@leonardcarder.com*
*jrukeyser@leonardcarder.com*

*Attorneys for Defendants* INTERNATIONAL
LONGSHORE & WAREHOUSE UNION and
ILWU LOCAL 54

LEONARD CARDER, LLP
ATTORNEYS
1188 FRANKLIN STREET, SUITE 201
SAN FRANCISCO, CALIFORNIA 94109
TEL.: (415) 771-6400  FAX: (415) 771-7010

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC MARITIME ASSOCIATION | Case No. 2:11-cv-00940-MCE-KJN |
| Plaintiff, | Hon. Morrison C. England, Jr. |
| v. | **STIPULATION AND ORDER TO CONFIRM AND ENFORCE ARBITRATION AWARDS** |
| INTERNATIONAL LONGSHORE AND WAREHOUSE UNION et al., | |
| Defendants. | |

1

1    Pursuant to the Court's Order of May 3, 2011, the parties hereby stipulate that arbitration

2    awards C-07-2010 (attached as Exhibit A) and NCAA-21-2011 (attached as Exhibit B) are hereby

3    CONFIRMED and ENFORCED.

4

5    Dated:  May 4, 2011                LEONARD CARDER LLP

6

7                                       By:      _____/s/_____
                                                Jacob F. Rukeyser
8                                               Attorneys for Defendants

9

10   Dated:  May 4, 2011                MORGAN LEWIS & BOCKIUS LLP

11

12                                      By:      _____/s/_____
                                                L. Julius M. Turman
13                                              Attorneys for Plaintiff
                                                PACIFIC MARITIME ASSOCIATION
14

15

16

17                                      **ORDER**

18       Pursuant to the above Stipulation of the parties, the Court hereby ORDERS that arbitration

19   awards C-07-2010 (attached as Exhibit A) and NCAA-21-2011 (attached as Exhibit B) are

20   CONFIRMED and ENFORCED.

21   Dated:  May 6, 2011

22

23

24   _____
     MORRISON C. ENGLAND, JR
25   UNITED STATES DISTRICT JUDGE

26

27

28

LEONARD CARDER, LLP
ATTORNEYS
1188 FRANKLIN STREET, SUITE 201
SAN FRANCISCO, CALIFORNIA 94109
TEL.: (415) 771-6400  FAX: (415) 771-7010

Case No. 11-cv-00940-MCE-KJN
STIP. & ORDER TO CONFIRM & ENFORCE ARBITRATION AWARDS