| | |
|---|---|
| 1 | L. JULIUS M. TURMAN (Bar No. 226126) |
| 2 | THERESA MAK (Bar No. 211435)<br>MORGAN, LEWIS & BOCKIUS LLP |
| 3 | One Market Street<br>San Francisco, CA  94105 |
| 4 | Tel:  415.442.1000<br>Fax:  415.442.1001 |
| 5 | *jturman@morganlewis.com*<br>*tmak@morganlewis.com* |
| 6 | CLIFFORD D. SETHNESS (Bar No. 212975) |
| 7 | JASON M. STEELE (Bar No. 223189)<br>MORGAN, LEWIS & BOCKIUS LLP |
| 8 | 300 South Grand Avenue<br>Twenty-Second Floor |
| 9 | Los Angeles, CA  90071-3132<br>Tel: 213.612.2500 |
| 10 | Fax: 213.612.2501<br>*csethness@morganlewis.com* |
| 11 | *jsteele@morganlewis.com* |
| 12 | *Attorneys for Plaintiff*<br>PACIFIC MARITIME ASSOCIATION |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC MARITIME ASSOCIATION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, an unincorporated association; INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, LOCAL 54, an unincorporated association,<br><br>Defendants. | Case No. 2:11-CV-00940-MCE-KJN<br><br>**JOINT STIPULATION ORDER OF DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS** |

Plaintiff PACIFIC MARITIME ASSOCIATION and Defendants THE INTERNATIONAL LONGSHORE AND WAREHOUSE UNION and INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, LOCAL 54, by and through their counsel of record, hereby jointly stipulate and agree, pursuant to Fed. R. Civ. P. 41(a) to voluntarily dismiss without prejudice the above-captioned action.  The parties shall each bear their own costs.

**IT IS SO STIPULATED.**

Dated:  June 7, 2011                               MORGAN, LEWIS & BOCKIUS LLP


                                                   By:        */s/ L. Julius M. Turman*
                                                          L. Julius M. Turman
                                                          Attorneys for Plaintiff
                                                          PACIFIC MARITIME ASSOCIATION


Dated: June 7, 2011                                LEONARD CARDER LLP

                                                   By:         /s/ Jacob F. Rukeyser
                                                          Jacob F. Rukeyser
                                                          Attorneys for Defendants
                                                          THE INTERNATIONAL LONGSHORE
                                                          AND WAREHOUSE UNION and
                                                          INTERNATIONAL LONGSHORE AND
                                                          WAREHOUSE UNION, LOCAL 54


**IT SO ORDERED.**  The matter having been resolved, the Clerk of Court is directed to close the file.

**Date:  June 20, 2011**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE